| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nicholas H. Lambajian, Esq.  SBN 175420<br>LAW OFFICES OF NICHOLAS H. LAMBAJIAN<br>215 N. Marrengo Ave., Third Floor<br>Pasadena, CA 91101<br>☎ 626-796-0646<br>℻ 626-796-0627<br>E-mail: NickLambajian@aol.com<br><br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: TEAM MINISTRIES LLC

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 7

CASE NUMBER 09-12291-SB

☐ ADVERSARY NUMBER (if Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is (specify name):
   TEAM Ministries Group, LLC

2. The name, address and telephone number of the New Attorney are (specify):
   Nicholas H. Lambajian, Esq., 215 N. Marengo Ave., Third Floor, Pasadena, CA 91101

3. New Attorney hereby appears in the following matters:  ☒ The case   ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. (Specify name of Present Attorney):

Dated: 4/16/10

VERNON NEAL BATTLE                               X _Vernon Neal Battle_
Type Name of Party                                Signature of Party

I consent to the above substitution.

Dated: WARREN O. HODGES, JR.
4/16/2010
Type Name of Present Attorney                     Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 4/16/10

Nicholas H. Lambajian, Esq.
Type Name of New Attorney                          Signature of New Attorney

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02                                                                    F 2090-1.4